# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

U.S.A. vs. Antonio Duwane Hill                               Docket No. 4:09-CR-47-1

## Petition for Action on Probation

COMES NOW Dennis E. Albertson, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Duwane Hill, who, upon an earlier plea of guilty to Possession of Stolen Firearms and Aiding and Abetting, in violation of 18 U.S.C. §§ 922(j), 924, and 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 9, 2009, to a 60 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** A random urine specimen obtained from the offender on March 1, 2012, tested positive for marijuana and was admitted. Accordingly, Hill was referred to our contract vendor for an updated substance abuse assessment and participation in recommended treatment, including random urinalysis. Based on Hill's regular employment and current involvement in treatment, it is recommended supervision be continued and Hill be sanctioned with 30 days of home confinement, including electronic monitoring, in lieu of a 2 day DROPS placement.

Antonio Duwane Hill
Docket No. 4:09-CR-47-1
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dennis E. Albertson
Dennis E. Albertson
Senior U.S. Probation Officer
413 Middle Street, Room 304
New Bern, NC 28560-4930
Phone: 252-638-4944
Executed On: April 9, 2012

## ORDER OF COURT

Considered and ordered this 10 day of April, 2012, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge